**FAEGRE DRINKER BIDDLE & REATH LLP**
Diego J. Rosado
600 Campus Drive
Florham Park, NJ  07932
Phone: (973) 549-7000
diego.rosado@faegredrinker.com

Christopher J. Burrell
1500 K Street, NW, Suite 1100
Washington, DC  20005
Phone: (202) 230-5000
chris.burrell@faegredrinker.com
*Pro hac vice Application forthcoming*

(additional counsel listed in signature block)
*Counsel for Petitioner Samsung Electronics Co., Ltd.,*
*and Samsung Electronics America, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc., <br><br> Petitioners, <br><br> -v- <br><br> Jimmy Goo, <br><br> Respondent. | **Civil Action No.:** <br><br> *Related to Civil Action No. 2:23-cv-00160-JRG (E.D. Tex.)* <br><br> **NOTICE OF MOTION TO COMPEL JIMMY GOO TO PRODUCE DISCOVERY AS TO WHICH PRIVILEGE HAS BEEN WAIVED** <br><br> **Motion Returnable December 2, 2024** <br><br> **(Oral Argument Requested)** |

TO:  THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE THAT upon the accompanying Memorandum of Law and the Declaration of Lauren J.F. Barta and exhibits thereto, Petitioners Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Petitioners") will move this Court on a date and time to be determined by the Court for entry of an Order compelling third party Jimmy Goo to provide discovery on subjects for which privilege has been waived in connection with the action pending in the United States District Court for the Eastern District of Texas captioned *CogniPower LLC v. Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*, No. 2:23-cv-00160-JRG.  Petitioners hereby certify that Petitioners' counsel in the underlying action in the Eastern District of Texas has attempted in good faith to secure Mr. Goo's production of documents and appearance at a deposition to testify on subjects as to which privilege has been waived, as set forth in the accompanying Declaration of Lauren J.F. Barta. But such efforts have not been successful as Mr. Goo has not produced the required discovery.

PLEASE TAKE FURTHER NOTICE that in connection with this Motion Petitioners will rely upon this Notice of Motion, the concurrently filed Memorandum of Law in Support, and the Declaration of Lauren J.F. Barta in support of this Motion and exhibits thereto.  A proposed Order is also enclosed.

Oral argument is requested on this Motion.

|  |  |
|---|---|
| | By: */s/ Diego J. Rosado* |
| | Diego J. Rosado |
| | FAEGRE DRINKER BIDDLE & REATH LLP |
| | 600 Campus Drive |
| | Florham Park, NJ 07932 |
| | Tel: +1 732-233-3900 |
| | diego.rosado@faegredrinker.com |
| | |
| | Christopher J. Burrell |
| | FAEGRE DRINKER BIDDLE & REATH LLP |
| | 1500 K Street, NW, Suite 1100 |
| | Washington, DC  20005 |
| | +1 202 230 5000 |
| | chris.burrell@faegredrinker.com |
| | *Pro hac vice application forthcoming* |
| | |
| | Timothy E. Grimsrud |
| | Lauren J.F. Barta |
| | FAEGRE DRINKER BIDDLE & REATH LLP |
| | 2200 Wells Fargo Center |
| | 90 South Seventh Street |
| | Minneapolis, MN 55402 |
| | +1 (612) 766-7000 |
| | tim.grimsrud@faegredrinker.com |
| | lauren.barta@faegredrinker.com |
| | *Pro hac vice applications forthcoming* |
| | |
| Date:  October 30, 2024 | Attorneys for Petitioners Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. |

## CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 11.2

I, Diego J. Rosado, admitted to the bars of the State of New Jersey and this Court, and a partner of the Firm Faegre Drinker Biddle & Reath LLC, counsel for Petitioners in the above-captioned matter, hereby certify that the discovery Petitioners seek to compel is not the subject of any other action pending in any court, or of any pending arbitration or administrative proceeding. The at-issue subpoena arises out of a litigation pending in the United States District Court for the Eastern District of Texas, bearing Civil Action No. 2:23-cv-00160-JRG.

By: */s/ Diego J. Rosado*
Diego J. Rosado
FAEGRE DRINKER BIDDLE & REATH LLP
600 Campus Drive
Florham Park, NJ 078932
Tel: +1 732-233-3900
diego.rosado@faegredrinker.com

Christopher J. Burrell
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street, NW, Suite 1100
Washington, DC  20005
+1 202 230 5000
chris.burrell@faegredrinker.com
*Pro hac vice application forthcoming*

Date:  October 30, 2024

Timothy E. Grimsrud
Lauren J.F. Barta
FAEGRE DRINKER BIDDLE &

3

REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
+1 (612) 766-7000
tim.grimsrud@faegredrinker.com
lauren.barta@faegredrinker.com
*Pro hac vice applications forthcoming*


Attorneys for Petitioners Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.